JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
Counsel for Interpleader Defendant
David Flicek

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY and MONY LIFE INSURANCE COMPANY<br><br>Interpleader Plaintiffs,<br><br>v.<br><br>DAVID FLICEK and the ESTATE OF ALTHAEA FLICEK, through its Personal Representative Heather Funk<br><br>Interpleader Defendants | Case No.: 2:21-cv-00835-APG-VCF<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENDING TIME FOR INTERPLEADER DEFENDANT DAVID FLICEK, TO FILE A RESPONSE TO AMENDED COMPLAINT-IN-INTERPLEADER**<br><br>**(FIRST EXTENSION)** |

Interpleader Defendant, DAVID FLICEK and Interpleader Plaintiffs, PROTECTIVE LIFE INSURANCE COMPANY and MONY LIFE INSURANCE COMPANY stipulate as follows:

1. Interpleader Plaintiff served the Summons and Amended Complaint-In-Interpleader on May 27, 2021.

2. Interpleader Defendant David Flicek's response to the Complaint is currently due June 17, 2021.

3. Interpleader Defendant David Flicek has requested additional time to respond to Plaintiffs' Complaint to allow defense counsel sufficient time to investigate the allegations therein.

4. Interpleader Plaintiff has agreed to extend the time for the Interpleader Defendant to file an answer or otherwise plead in response to Plaintiff's Complaint.

5. Therefore, Interpleader Defendant shall have up and including July 1, 2021, to file an answer or otherwise plead in response to Interpleader Plaintiff's Complaint.

6. No party shall be deemed to have waived any claim or defense by entering into this Stipulation.

SNELL & WILMER, L.L.P.

By: *Holly E. Cheong, Esq.*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Attorneys for Interpleader Plaintiffs Protective Life Insurance Company and MONY Life Insurance Company

BOWEN LAW OFFICE

By: /s/ *Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
9960 W. Cheyenne Ave., Ste. 250
Las Vegas, NV 89129
Attorneys for Interpleader Defendant David Flicek

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of June, 2021.

_____
U.S. MAGISTRATE JUDGE