Kelly H. Dove
Nevada Bar No. 10569
Holly E. Cheong
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Interpleader Plaintiffs Protective Life Insurance Company and MONY Life Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY and MONY LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID FLICEK and the ESTATE OF ALTHAEA FLICEK, through its Personal Representative Heather Funk,<br><br>Defendants. | Case No. 2:21-cv-00835-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**<br><br>**(First Request)** |

Interpleader Plaintiffs Protective Life Insurance Company and MONY Life Insurance Company ("Plaintiffs") and Defendant David Flicek ("Defendant" and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend Plaintiffs' deadline to file a motion for default judgment. This is the Parties' first request for such an extension. The Parties request an extension until to November 17, 2021, for the following reasons:

1. On October 18, 2021, this Court ordered Plaintiffs to file a Motion for Default against Defendant the Estate of Althaea Flicek (the "Estate") no later than November 1, 2021. (ECF No. 20.)

2. On October 21, 2021, Plaintiffs filed and served their Notice of Three-Day Intent to Take Default of the Estate. (ECF No. 21.) Because the Estate has not appeared as a party, Plaintiffs were required to mail the notice to the Estate, adding an additional three days for mailing before Plaintiffs could seek a clerk's default. Fed. R. Civ. P. 6(d). Plaintiffs promptly filed their Motion for Entry of Clerk's Default Against the Estate on October 27, 2021, the first day the motion could be filed under the Federal Rules of Civil Procedure. (ECF No. 22.)

3. As of November 1, 2021, Plaintiffs have not received a clerk's default and have been informed by the Clerk's Office for the U.S. District Court of Nevada that the clerk's default will not be entered until 14 days after filing of the Motion for Entry of Clerk's Default Against the Estate. Therefore, the Parties request that this Court extend the court-ordered deadline for filing a Motion for Default Against the Estate from November 1, 2021 to November 17, 2021.

4. On November 1, 2021, counsel for Defendant agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Plaintiffs to file a motion for default judgment to and including November 17, 2021.

Dated November 1, 2021

SNELL & WILMER L.L.P.


By: */s/ Holly E. Cheong*
    Kelly H. Dove
    Nevada Bar No. 10569
    Holly E. Cheong
    Nevada Bar No. 11936
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada  89169

    *Attorneys for Interpleader Plaintiffs
    Protective Life Insurance Company and
    MONY Life Insurance Company*

Dated November 1, 2021

BOWEN LAW OFFICES


By: */s/ Jerome R. Bowen*
    Jerome R. Bowen, Esq.
    Nevada Bar No. 004540
    Jeffrey W. Chronister, Esq.
    Nevada Bar No. 15194
    9960 W. Cheyenne Avenue, Suite 250
    Las Vegas, Nevada 89129

    *Attorneys for Defendant David Flicek*

Case No.  2:21-cv-00835-APG-VCF

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-5-2021

4886-0717-6193