AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Protective Life Insurance Company, et al.,

                DEFAULT JUDGMENT IN A CIVIL CASE

        Plaintiffs,

  v.                          Case Number: 2:21-cv-00835-APG-VCF

David Flicek, et al.,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Protective Life Insurance Company and MONY Life Insurance Company and against the Estate of Althaea Flicek.

11/19/2021                                           DEBRA K. KEMPI
Date                                                        Clerk

                                                                   /s/ M. Reyes
                                                                   Deputy Clerk