UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY and MONY LIFE INSURANCE COMPANY,<br><br>     Plaintiffs<br><br>v.<br><br>DAVID FLICEK, et al.,<br><br>     Defendants | Case No.: 2:21-cv-00835-APG-VCF<br><br>**Order** |

Interpleader plaintiffs Protective Life Insurance Company and MONY Life Insurance Company obtained a default judgment against defendant the Estate of Althaea Flicek. ECF No. 29. The interpleaded funds have been deposited with the court and the interpleader plaintiffs were dismissed from the action. ECF Nos. 29, 31, 32.

As part of my order granting default judgment, I directed defendant David Flicek to file an appropriate motion to distribute the Policy proceeds and "explain what, if anything else, needs to be done to resolve this case." ECF No. 29 at 2. David Flicek did not respond to the order by the December 17, 2021 deadline.

I THEREFORE ORDER that by January 21, 2022, defendant David Flicek will file an appropriate motion to distribute the Policy proceeds and explain what, if anything else, needs to be done to resolve this case. **The failure to do so may result in sanctions against David Flicek and his counsel for failure to comply with the court's order.**

DATED this 5th day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE