# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY and MONY LIFE INSURANCE COMPANY,<br><br>　　　Plaintiffs<br><br>v.<br><br>DAVID FLICEK, et al.,<br><br>　　　Defendants | Case No.: 2:21-cv-00835-APG-VCF<br><br>**Order Granting Motion for Release of Funds**<br><br>**[ECF No. 34]** |

　　　Interpleader plaintiffs Protective Life Insurance Company and MONY Life Insurance Company obtained a default judgment against defendant the Estate of Althaea Flicek. ECF No. 29.  The interpleaded funds have been deposited with the court and the interpleader plaintiffs were dismissed from the action. ECF Nos. 29, 31, 32.

　　　As part of my order granting default judgment, I directed defendant David Flicek to file an appropriate motion to distribute the Policy proceeds and "explain what, if anything else, needs to be done to resolve this case." ECF No. 29 at 2.  David Flicek did not respond to the order by the December 17, 2021 deadline.  I therefore again ordered him to do so. ECF No. 33.  David Flicek moved to have the funds released to him. ECF No. 34.  No one has opposed his motion.  I therefore grant it.

　　　I THEREFORE ORDER that defendant David Flicek's motion for release of interpleaded funds **(ECF No. 34) is GRANTED**.  The clerk of court is instructed to release all interpleaded funds under the certificate of cash deposit (ECF Nos. 31, 32), along with all interest thereon, payable to Bowen Law Offices and David Flicek.

/ / / /

I FURTHER ORDER that there being no further action to be taken in this case, the clerk of court is instructed to close it.

DATED this 31st day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE